SLIP OPINION

Cite as 2015 Ark. 308

# SUPREME COURT OF ARKANSAS

No. CV–15–556

| | |
|---|---|
| BRANDON MORIN<br>APPELLANT | **Opinion Delivered** July 23, 2015 |
| V. | APPEAL FROM THE UNION<br>COUNTY CIRCUIT COURT<br>[NO. JV-2014-107] |
| ARKANSAS DEPARTMENT OF<br>HUMAN SERVICES<br>APPELLEE | HONORABLE EDWIN KEATON,<br>JUDGE |
| | <u>MOTION GRANTED</u>. |

## PER CURIAM

Appellant, Brandon Morin, by and through his attorney, Thomas A. Potter, has filed a motion for rule on clerk. The circuit court entered an order on March 19, 2015, terminating Morin's parental rights to his three minor children. Morin filed a notice of appeal on March 26, 2015.

Pursuant to Arkansas Supreme Court Rule 6-9(d) (2014), in dependency–neglect cases, the record shall be filed with the Clerk of the Supreme Court within seventy days of the filing of the notice of appeal. Here, Attorney Potter tendered the record on June 24, 2015, twenty days after it was due.

When an attorney candidly admits fault for failing to perfect an appeal, we will grant the motion for rule on clerk, and a copy of the opinion will be forwarded to the Committee on Professional Conduct. *See McDonald v. State*, 356 Ark. 106, 146 S.W.3d 883 (2004). Attorney Potter states in the motion that he accepts full responsibility for failing to ensure that the correct date was calculated for the record due date and for failing to timely lodge the

record with the court. Accordingly, we grant the motion and forward a copy of this opinion to the Committee.

Motion granted.